

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00790-CV

Ralph **CARPINTEYRO**, M.D. Internal Medicine Clinic Uvalde and Amistad Nursing and Rehabilitation Center LLC,
Appellants

v.

Veronica **GOMEZ,** Individually as Wrongful Death Beneficiary of Rosa Garcia Gomez, Deceased, and on behalf of the Estate of Rosa Garcia Gomez, Deceased; Amparo Isaac, Individually as Wrongful Death Beneficiary of Rosa Garcia Gomez, Deceased, and on behalf of the Estate of Rosa Garcia Gomez, Deceased; Armando Gomez, Individually as Wrongful Death Beneficiary of Rosa Garcia Gomez, Deceased, and on behalf of the Estate of Rosa Garcia Gomez, Deceased,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2012-02-28516-CV
Honorable Camile G. Dubose, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order denying the motions to dismiss is AFFIRMED. It is ORDERED that appellees, Veronica Gomez, Amparo Isaac, and Armando Gomez, recover their costs of this appeal from appellants, Ralph Carpinteyro, M.D., Internal Medicine Clinic Uvalde ("IMCU"), and Amistad Nursing and Rehabilitation Center, LLC.

SIGNED May 1, 2013.

_____
Karen Angelini, Justice